UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMELIA A. PABALATE,<br>Plaintiff,<br>v.<br>NATIONSTAR MORTGAGE LLC, et al.,<br>Defendants. | Case No. 17-cv-01736-MEJ<br><br>**ORDER TO SHOW CAUSE** |

On April 3, 2017, Defendants Nationstar Mortgage LLC, et al. filed a Motion to Dismiss, with a noticed hearing date of May 25, 2017. Dkt. No. 6. However, Plaintiff failed to file an opposition pursuant to Civil Local Rule 7. Accordingly, the Court hereby VACATES the motion hearing and ORDERS Plaintiff Amelia A. Pabalate to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by May 4, 2017. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on May 11, 2017 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. <u>Notice is hereby provided that failure to file a written response will be deemed an admission that Plaintiff does not intend to prosecute, and the case will be dismissed without prejudice.</u> Thus, it is imperative that the Court receive a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: April 24, 2017

_____
MARIA-ELENA JAMES
United States Magistrate Judge